UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

ZOLTAN FRENKEL,

                          Plaintiff,

        -against-

NEW YORK CITY OFF-TRACK BETTING CORPORATION,

                          Defendant.

**NOTICE OF APPEARANCE**

08 CV 6050 (LTS)(AJP)

------------------------------------------------------------------- x

      **PLEASE TAKE NOTICE** that I am the Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to represent the defendant New York City Off-Track Betting Corporation in the above-referenced action.

      Accordingly, I respectfully request that any future correspondence or ECF notifications relating to this matter be addressed to me, and that Christopher L. Heer's name be inserted as Lead Counsel on the Docket Sheet.

Dated:     New York, New York
            July 16, 2008

                                MICHAEL A. CARDOZO
                                Corporation Counsel of the
                                City of New York
                                Attorney for Defendant
                                100 Church Street, Room 2-125
                                New York, N.Y. 10007
                                (212) 788-0960
                                cheer@law.nyc.gov

By:             _____
                Christopher L. Heer (CH 1086)
                Assistant Corporation Counsel

08 Civ. 6050 (LTS)(AJP)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZOLTAN FRENKEL,

                                           Plaintiff,

-against-

THE CITY OF NEW YORK, NEW YORK CITY NEW YORK CITY OFF-TRACK BETTING CORPORATION,

                                           Defendant.

**NOTICE OF APPEARANCE**

***MICHAEL A. CARDOZO***
*Corporation Counsel of the City of New York*
*Attorney for Defendant*
*100 Church Street, Room 2-125*
*New York, New York 10007-2601*

*Of Counsel: Christopher L. Heer*
*Tel.: 212-788-0960*
*NYCLIS No.: 2008-000147*

*Due and timely service is hereby admitted.*

*New York, N.Y. ..................................., 2008.*

*............................................ Esq.*

*Attorney for ...............*