

THE CITY OF NEW YORK

**MICHAEL A. CARDOZO**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET, Room 2-125
NEW YORK, NY 10007

**CHRISTOPHER L. HEER**
Phone: (212) 788-0960
Fax: (212) 788-8877
Email: cheer@law.nyc.gov

RECEIVED AUG 07 2008
CHAMBERS OF
LAURA TAYLOR SWAIN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 1 2 2008

August 5, 2008

**MEMO ENDORSED**

**BY Regular Mail**
Honorable Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007

      Re:  Frenkel v. NYC Off-Track Betting Corporation
           08 Civ. 6050 (LTS)(AJP)

Dear Judge Swain:

        I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant New York City Off-Track Betting Corporation ("OTB"). This action was originally commenced on January 23, 2008 in the Supreme Court of the State of New York, New York County, and was removed to this Court on July 2, 2008.

        Pursuant to Rules 6 and 81 of the Federal Rules of Civil Procedure, defendant New York City Off-Track Betting Corporation was required to file and serve an answer by July 10, 2008. Defendants respectfully request an extension of time until September 5, 2008 for OTB to respond to the complaint.

        This is the defendant's first request for an enlargement of time to respond to the complaint. Plaintiff consents to the request.

        Defendant requests the enlargement of time to respond to the complaint because the response must be grounded in knowledge, information and belief formed after reasonable inquiry, as required by Rule 11 of the Federal Rules of Civil Procedure. Consequently, I must identify, locate and interview those persons with knowledge of the allegations set forth in the complaint. I must also identify, locate and review any documents relevant to plaintiff's claims. An extension of time will provide sufficient time to investigate Plaintiff's allegations and review documents that might be relevant to this action.

For the forgoing reasons, defendant respectfully requests an extension of time to September 5, 2008 to respond to the complaint.

Thank you for your consideration of this request.

Respectfully submitted,

Christopher L. Heer (CH 1086)
Assistant Corporation Counsel

cc: Bernard Weinreb, Esq. (by Regular Mail)

The request is granted.

SO ORDERED.

8/11/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE